THE STATE EX REL. DAVIE, APPELLANT, *v.* CALLAHAN, JUDGE, APPELLEE.

[Cite as *State ex rel. Davie v. Callahan* (1998), 83 Ohio St.3d 279.]

(No. 98–558—Submitted July 8, 1998—Decided September 30, 1998.)

*Michael D. Davie,* pro se.

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *Paul Michael Maric,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed; the cause is now moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

---

COOK, J., dissenting. Mootness warrants dismissal of the appeal rather than affirmance of the judgment of the court of appeals. See, *e.g.*, *State ex rel. Santora v. Cuyahoga Cty. Bd. of Elections* (1962), 174 Ohio St. 11, 21 O.O.2d 35, 185 N.E.2d 438.

LUNDBERG STRATTON, J., concurs in the foregoing dissenting opinion.